**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JASON MATTHEW GOODMAN, et al.,
    Plaintiffs,

v.                                          CV No. 20-57 KG/CG

CITY OF ALAMOGORDO, et al.,
    Defendants,

_____

JASON MATTHEW GOODMAN, et al.,
    Plaintiffs,                          Consolidated with

v.                                          CV No. 20-243 CG/GJF

CITY OF ALAMOGORDO, et al.,
    Defendants.

**ORDER RESETTING TELEPHONIC
RULE 16 SCHEDULING CONFERENCE**

**THIS MATTER** is before the Court after conferring with the parties about a mutually convenient date and time. **IT IS HEREBY ORDERED** that the telephonic Rule 16 Scheduling Conference shall be reset for **Tuesday, July 7, 2020, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings. The parties are not required to submit an amended Joint Status Report.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE