IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON MATTHEW GOODMAN, et al.,

    Plaintiffs,

v.     CV No. 20-57 KG/CG

CITY OF ALAMOGORDO, et al.,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiffs' *Stipulated Motion to Withdraw* (the "Motion"), (Doc. 24), filed July 6, 2020. In the Motion, Plaintiffs' counsel requests to withdraw on the basis of an irrevocable breakdown in communication with his clients. (Doc. 24 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that J. Robert Beauvais and the law firm of J. ROBERT BEAUVAIS, P.A., are withdrawn as counsel for Plaintiffs.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE