# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JASON MATTHEW GOODMAN, et al.,
    Plaintiffs,
v.                                                                                            CV No. 20-57 KG/CG
CITY OF ALAMOGORDO, et al.,
    Defendants,
_____

JASON MATTHEW GOODMAN, et al.,
    Plaintiffs,                                                         Consolidated with
v.                                                                                            CV No. 20-243 CG/GJF
CITY OF ALAMOGORDO, et al.,
    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with the parties about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a telephonic status conference is set for **Thursday, July 9, 2020, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE