# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Carmen E. Garza
Chief United States Magistrate Judge**

**Clerk's Minutes**

**Jason Goodman, et al. v. City of Alamogordo, et al.**

**CV 20-57 KG/CG**

**July 9, 2020**

---

For Plaintiffs: Jason Goodman, *Pro se*
Jami Goodman, *Pro se*

Attorney for Defendants: Frank Weissbarth

Proceedings: Telephonic Status Conference

The Court began by asking Plaintiffs if they are prepared to proceed with their oral motion. Mr. Goodman explained he would like to read a statement prepared by his prior counsel. Mr. Goodman then stated he would like to dismiss the case without prejudice. The Court asked Ms. Goodman if she agreed with the prepared statement and Mr. Goodman's request. Ms. Goodman confirmed that she agreed with Mr. Goodman's request to proceed with dismissal without prejudice.

Counsel for Defendants then confirmed he had no objection to Plaintiffs' request.

The Court instructed defense counsel to draft a proposed dismissal Order for entry by the presiding judge. In the Order, defense counsel confirmed he would explain Plaintiffs orally requested dismissal without prejudice before the undersigned. The Court further instructed defense counsel to email the proposed dismissal order to Judge Gonzales' proposed text inbox as soon as possible.

With nothing further, the Court adjourned.

Clerk: amg
2:30-2:45 p.m.