IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON M. GOODMAN and
JAMI GOODMAN,

        Plaintiffs,

v.                                      Cause No. 20-CV-00057 KG/CG

CITY OF ALAMOGORDO,
ALAMOGORDO POLICE DEPARTMENT,
and OFFICER KYLE GRAHAM,

        Defendants,
_____

JASON M. GOODMAN and
JAMI GOODMAN,

        Plaintiffs,                Consolidated with

v.                                      20-CV-00243 CG/GJF

CITY OF ALAMOGORDO,
ALAMOGORDO POLICE DEPARTMENT,
and OFFICER KYLE GRAHAM,

        Defendants.

<u>ORDER</u>

THIS MATTER is before the Court on the telephonic status conference conducted on July 7, 2020, and July 9, 2020, held before the Honorable Carmen E. Garza, Chief United States Magistrate Judge. (Doc. 26); (Doc. 28). On July 7, 2020, Plaintiff Jason Goodman, appearing *pro se* "expressed his interest in orally moving the Court for dismissal of this case without prejudice." (Doc. 26 at 1). The Court explained it needed Jami Goodman's consent before proceeding with Mr. Goodman's request. *Id.* Mr. Goodman agreed to confer with Ms. Goodman and assured the Court Ms. Goodman would be present for the telephonic status conference rescheduled for July 9, 2020. *Id.*

On July 9, 2020, both Mr. & Ms. Goodman appeared *pro se*. (Doc. 28). At the status conference, Mr. Goodman read a statement prepared by his prior counsel, requesting dismissal of his case without prejudice. (Doc. 28 at 1). Ms. Goodman orally confirmed that she agreed with the prepared statement and the dismissal of her case without prejudice. *Id.* Counsel for Defendants also confirmed on the record that he had no objection. *Id.*

Counsel for Defendants then sent a draft order to Mr. Goodman seeking his approval for entry by the Court. Mr. Goodman confirmed via email on July 11, 2020, that both he and Ms. Goodman had no objection to the proposed Order and the requested relief of dismissal without prejudice.

Having considered the statements of the parties at the status conference and good cause appearing, it is hereby ORDERED that these consolidated are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
Frank D. Weissbarth
Brennan & Sullivan, P.A.
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
frank@brennsull.com
*Attorneys for Defendants*

*Approved by email July 10, 2020*
Jason Matthew Goodman
*Aprroved by email July 14, 2020*
Jami Marie Goodman
2309 Princeton Avenue
Alamogordo, NM  88310
(575)  921-4073
goodmanjami@yahoo.com
*Pro se Plaintiffs*